EDMUND A. KAVANAGH, Respondent, v. GUISEPPI PASSEGGIO, Appellant.— Judgment reversed upon the law and new trial granted, costs to abide the event. We think the reception in evidence of the telephone slips, plaintiff's Exhibits 4 to 10 inclusive, without any proper foundation, was reversible error. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

HYMAN KOFFLER, Appellant, v. HERTZ DRIVURSELF STATIONS, INC. (NEW YORK), Respondent.— Judgment reversed upon the facts and new trial granted, costs to appellant to abide the event. We are of opinion that the verdict is contrary to the weight of the evidence. Rich, Lazansky and Hagarty, JJ., concur; Young and Kapper, JJ., dissent.

LAND FINANCE CORPORATION, Respondent, v. HOUGHTON ENGINEERING CO., INC., and Another, Defendants. HOUGHTON E. VAN BUSKIRK, Appellant.— Order striking out separate defenses affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Lazansky, Hagarty and Seeger, JJ., concur.

WILLIAM H. LORENZEN, Respondent, v. JOSEPH E. CAVANAUGH, Appellant.— Order denying motion to dismiss complaint for lack of prosecution reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. There is absolutely nothing in the record to excuse plaintiff's delay in bringing the action to trial, and this court has held in similar circumstances that the motion to dismiss should be granted. (*Cohen* v. *Meyer*, 218 App. Div. 847; *McGee* v. *Levy*, 215 id. 720; *McIntyre* v. *Branner*, 214 id. 145.) Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

FRANK MADOLE and Others, Suing, etc., Respondents, v. RICHARD E. GAVIN, Appellant, and Others, Defendants.— Owing to the death of the late Presiding Justice KELLY, a reargument is ordered and the case set down for Wednesday, November 9, 1927. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

CARLO MARCECA, Respondent, v. ALBANS DEVELOPMENT CORPORATION, Appellant, and Another, Defendant.— Order denying motion to vacate and set aside judgment of foreclosure affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

VIRGINIA MARSTON, by GLADYS MARSTON, Her Guardian ad Litem, Respondent, v. KELLOGG COMPANY, Appellant.— Order denying motion to vacate service of summons affirmed, with ten dollars costs and disbursements. We are of opinion that the facts show the doing of business in this State by defendant, through the Kellogg Sales Company as its agent, and, the Kellogg Sales Company being a foreign corporation authorized to do business here, that service upon the individual named was legal service upon the defendant. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.